RECEIVED ENTERED SERVED ON COUNSEL/PARTIES OF RECORD
SEP 13 2021
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Steven J. Bank,
Plaintiff,
vs.
LOREN K. MILLER,
Defendant.

Case No.: 2:21-cv-00122-GMN-BNW

JUDGE: NAVARRO
MAGISTRATE: WEKSLER

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS**

Plaintiff Steven J. Bank, proceeding in PRO SE, hereby respectfully moves the Court for a thirty (30) day extension of the current deadline for service of process and the filing of affidavits of service applicable under Rule 4 of the Federal Rules of Civil Procedure.

In support thereof, Plaintiff respectfully states that he has been experiencing personal and financial hardship conditions that have prevented him from serving this *civil rights complaint* within the usual allotted time. However, thanks to Plaintiff's diligent academic work and strict discipline in following a solid academic path, he will be the recipient of a partial Pell grant, as well as a partial Silver State Grant, to pay his fall semester tuition at CSN and will receive a so-called "100% refund" to pay for the costs of attending CSN.

Mr. Bank maintains a better than 3.0 GPA and will likely maintain said 3.0 average going forward. EXHIBIT 1

At present, after solving very serious transportation issues where he was constantly being stalked and where a number of bicycles were stolen from him, he is now able to afford postage for mailing his Notice of Lawsuit and Waiver of Service of Summons.

Thus, in order to protect Plaintiff's interests, since the statute of limitations has run in this matter, Plaintiff is requesting an additional thirty (30) days to serve Defendant Loren K. Miller.

Plaintiff has hopefully shown good cause in requesting an extension, and denial of this motion would substantially prejudice Plaintiff because, without his CERTFICATE OF CITIZENSHIP, a document that can *only* be issued by USCIS and no other government entity, Mr. Bank is unable to apply for more loans, or to visit the NEVADA Department of Motor Vehicles and obtain his STATE ID or his STATE DL. EXHIBIT 2

All these factors weigh in favor of Plaintiff: First, Plaintiff is only seeking a modest extension of time to serve Defendant.   Second, Defendant cannot cite any form of prejudice as a result of Plaintiff's request.

## CONCLUSION

**WHEREFORE, Plaintiff respectfully requests that this Motion be granted and that the Plaintiff be given an additional thirty (30) days up to and including October 10th, 2021 to effectuate service on the Defendant in this matter.**

**Dated this 6th day of ~~August~~ September, 2021.**

**RESPECTFULLY SUBMITTED**

**STEVEN J. BANK**

**By: ______________________________**

**Steven J. Bank - plaintiff IN PRO SE**

**720 N 1ST ST**

**LAS VEGAS, NV 89101**

**725-243-6301**

**superfiler@outlook.com**

cc: L. Chiou
US Attorney
501 Las Vegas Blvd S., Ste 1100
Las Vegas, NV 89101

**Order**

IT IS ORDERED that ECF No. 8 is DENIED as premature. The Court needs to screen Plaintiff's amended complaint at ECF No. 7 before it may be served. Plaintiff does not need to serve his complaint at this time.

IT IS SO ORDERED

DATED: 1:35 pm, September 14, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1

EXHIBIT 1

College of Southern Nevada
6375 W Charleston Blvd
Las Vegas, NV 89146
CSN01

**Unofficial - Undergraduate Career**
**FERPA REGULATIONS APPLY FOR TRANSCRIPTS**

**Name:** **Bank,Steven Javier**
**Student ID:** **2000494682**

**Beginning of Undergraduate Record**
**2020 Fall**

Program: Degree/Certificate Seeking
Plan: Photography - Videography and Film Major

**2020 Fall**

| Course | Description | Att. | Earned | Grade | Points |
|---|---|---|---|---|---|
| ALS 101 | College Success | 3.00 | 3.00 | A- | 11.100 |
| Grading Basis: | Letter Grades | | | | |
| ART 107 | Design Fundamentals I (2-D) | 3.00 | 3.00 | A- | 11.100 |
| Grading Basis: | Letter Grades | | | | |
| COM 101 | Oral Communication | 3.00 | 3.00 | A- | 11.100 |
| Grading Basis: | Letter Grades | | | | |

| | | Att. | Earned | GPA Unit | Points |
|---|---|---|---|---|---|
| Term GPA | 3.70 Term Tot | 9.00 | 9.00 | 9.000 | 33.300 |
| Cum GPA | 3.70 Cum Tot | 9.00 | 9.00 | 9.000 | 33.300 |

Term Honor/Award: Dean's List

Academic Standing Effective 12/21/2020: Good Standing

**2021 Spring**

Program: Degree/Certificate Seeking
Plan: Photography - Videography and Film Major

**2021 Spring**

| Course | Description | Att. | Earned | Grade | Points |
|---|---|---|---|---|---|
| ENG 101 | Composition I | 0.00 | 0.00 | W | 0.000 |
| Grading Basis: | Letter Grades | | | | |
| MT 102B | Fundamentals of Electricity | 4.00 | 4.00 | B- | 10.800 |
| Grading Basis: | Letter Grades | | | | |
| VID 110B | Videography and Film I | 3.00 | 3.00 | C- | 5.100 |
| Grading Basis: | Letter Grades | | | | |

| | | Att. | Earned | GPA Unit | Points |
|---|---|---|---|---|---|
| Term GPA | 2.27 Term Tot | 7.00 | 7.00 | 7.000 | 15.900 |
| Cum GPA | 3.08 Cum Tot | 16.00 | 16.00 | 16.000 | 49.200 |

Academic Standing Effective 05/20/2021: Good Standing

**2021 Summer**

Program: Degree/Certificate Seeking
Plan: Photography - Videography and Film Major

**2021 Summer**

| Course | Description | Att. | Earned | Grade | Points |
|---|---|---|---|---|---|
| THTR 105 | Introduction to Acting I | 3.00 | 3.00 | A- | 11.100 |
| Grading Basis: | Letter Grades | | | | |

| | | Att. | Earned | GPA Unit | Points |
|---|---|---|---|---|---|
| Term GPA | 3.70 Term Tot | 3.00 | 3.00 | 3.000 | 11.100 |
| Cum GPA | 3.17 Cum Tot | 19.00 | 19.00 | 19.000 | 60.300 |

**2021 Fall**

Program: Degree/Certificate Seeking
Plan: Photography - Videography and Film Major

**2021 Fall**

| Course | Description | Att. | Earned | Grade | Points |
|---|---|---|---|---|---|
| ENG 101 | Composition I | 3.00 | 0.00 | | 0.000 |
| Grading Basis: | Letter Grades | | | | |
| HIST 100 | Hist Issues&Contemporary Socie | 4.00 | 0.00 | | 0.000 |
| Grading Basis: | Letter Grades | | | | |
| VID 107B | Adobe Premiere Pro Bootcamp | 1.00 | 0.00 | | 0.000 |
| Grading Basis: | Letter Grades | | | | |

| | | Att. | Earned | GPA Unit | Points |
|---|---|---|---|---|---|
| Term GPA | 0.00 Term Tot | 8.00 | 0.00 | 0.000 | 0.000 |
| Cum GPA | 3.17 Cum Tot | 27.00 | 19.00 | 19.000 | 60.300 |

End of Unofficial - Undergraduate Career

# EXHIBIT 2

EXHIBIT 2

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

[illegible]

DANE, STEVEN JAVIER
720 NORTH 1ST STREET
LAS VEGAS NV 89101

**Notice Type: USCIS Account Access Notice**
**Online Access Code: BIDBE-C3B8-B9592**

Welcome to USCIS!

Thank you for your recent submission. We have created a USCIS Online Account for you. With this account you can:

- check the status of your case;
- sign up to receive email notifications and text messages;
- manage your account preferences and contact information.

**Log on and confirm your account within 90 days.**

To access your account, please follow the steps below:

1. Visit us online at https://my.uscis.gov/account.
2. Select **"Create a new account"** on the right side of the screen, and follow the on-screen instructions for creating a new account in order to login to the system.
3. Select **"Add a paper filed case."**
4. Enter your **"USCIS case receipt number"** and select **"Add case."**
5. Enter your **"Online Access Code"** (found on the upper right side of this notice) and your **"Date of birth"** in the fields provided.
6. Select **"Confirm case."**

**NOTE: Access to your USCIS Online Account will expire 90 days from the receipt date listed at the top of this letter. We will continue processing your application whether or not you access your USCIS Online Account. We strongly encourage you to confirm your USCIS Online Account as soon as possible and then use it in the future as your preferred method for interacting with USCIS. If you do not access your account before your code expires and you wish to access your account, you will need to contact customer service to request that your access code be re-set. If you have questions about how to confirm your USCIS Online account or to request that your access code be re-set, please visit us online at https://www.uscis.gov/contactcenter.**

NOTE! Received sm. form on 2/21, re: APPEAL ACCEPTED

[illegible]

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SERVICES
[illegible]

USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Steven J. Bank,

Plaintiff,

vs.

LOREN K. MILLER,

Defendant.

Case No.: 2:21-cv-00122-GMN-BNW

JUDGE: NAVARRO
MAGISTRATE: WEKSLER

**ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time to Serve Defendants this _____ day of ___________, 2021;

It is ORDERED that Plaintiff's Motion is Granted, and it is

FURTHER ORDERED that Plaintiff shall have until________________ , 2021 to serve the Defendant in this matter.

______________________________

The Hon. Brenda W. Weksler

Magistrate Judge

Steven
720 N 1st St.
Las Vegas, NV 89101

UNITED STATES POSTAL SERVICE
1020
89101
U.S. POSTAGE PAID
FCM LG ENV
NORTH LAS VEGAS, NV
89030
SEP 09, 21
AMOUNT
$1.36
R2304W119977-11

XRAYED US MARSHALS SERVICE

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 13 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:
DEPUTY

US DISTRICT COURT
CLERK – STE 1334
333 Las Vegas Blvd S.
Las Vegas, NV 89101

MOTION + PROPOSED ORDER